ISAAC KASTON, Respondent, *v.* NATHAN ZIMMERMAN et al., Appellants.

*Contract — rescission — false representations — action to rescind contract for sale of real property on ground of false representations.*

*Kaston* v. *Zimmerman,* 195 App. Div. 930, affirmed.

(Submitted March 15, 1922; decided April 18, 1922.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 11, 1921, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial

at Special Term. The action was in equity for the rescission of a written contract to purchase real estate. The complaint alleged that prior to the execution of the said contract the defendant itself, or its broker acting for it, represented and warranted to the plaintiff that the building, which was five stories in height, was divided in four four-room and one three-room apartments on each floor above the street floor, making a total of nineteen rooms on each of the floors above the street floor, and that instead of this number of rooms on each floor there were in truth and in fact four three-room and one four-room apartments, making a total of only sixteen rooms on each floor above the street floor.

*Morris Grossman* for appellants.

*Henry Waldman* and *Joseph G. Abramson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.